## DAVID C. BRONSON *versus* JAMES W. BIDDLE

JOURNAL ENTRIES (1817–21): *Journal 2:* (1) Bond cancelled *p. 531; (2) appearance, declaration filed *p. 663; (3) rule to plead, continued *p. 674. *Journal 3:* (4) Jury trial, verdict *p. 69; (5) motion for new trial *p. 71; (6) motion for new trial overruled *p. 83; (7) judgment *p. 163.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) bail bond; (4) declaration; (5) plea of not guilty; (6) precipe for subpoena; (7) subpoena; (8) panel of jurors; (9) verdict; (10) bill of costs; (11) recognizance to keep the peace, etc.

*Office Docket*, MS p. 48, c. 3. Recorded in *Book A*, MS pp. 38–42.

## FREDERICK FALLEY *versus* GABRIEL GODFROY, SR., AND GABRIEL GODFROY, JR.

JOURNAL ENTRIES (1817): *Journal 2:* (1) Writ quashed *p. 531.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) deposition of Asher F. Cook.